CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 5 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMAR ANTWAUN GLADDEN, | ) | Civil Action No. 7:16-cv-00519 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| CHARLOTTESVILLE VA POLICE | ) | Senior United States District Judge |
| DEPT. et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

Jamar Antwaun Gladden, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Because it had come to the court's attention that had been released from incarceration, he was no longer subject to the provisions of the Prisoner Litigation Act. By Order entered December 14, 2017, the court directed the plaintiff to submit within 14 days from the date of the Order the full filing fee or otherwise respond. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge