CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 5 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMAR ANTWAUN GLADDEN, ) | |
| Plaintiff, ) | Civil Action No. 7:16-cv-00519 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| CHARLOTTESVILLE VA ) | |
| POLICE DEPT, ) | By: Jackson L. Kiser |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge